# UNITED STATES DISTRICT COURT

### for the

Eastern District of New York

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.    19-M-280 |
| THE PREMISES KNOWN AND DESCRIBED AS 141-47 NORTHERN BOULEVARD, QUEENS, NEW YORK AND ALL ELECTRONIC DEVICE AND LOCKED AND CLOSED CONTAINERS FOUND THEREIN | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

     An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Eastern      District of      New York
*(identify the person or describe the property to be searched and give its location)*:

     See Attachment A.

     I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

     See Attachment B.

     **YOU ARE COMMANDED** to execute this warrant on or before      April 10, 2019      *(not to exceed 14 days)*
  ☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

     Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

     The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      the Duty Magistrate Judge      .
                                                                      *(United States Magistrate Judge)*

     ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    3|27|19 @ 5:12 p.m.        _____   S/Bloom

City and state:      Brooklyn, New York        Hon. Lois Bloo.

## Return

| Case No.:<br>19-M-280 | Date and time warrant executed:<br>7:00 AM | Copy of warrant and inventory left with:<br>CHRISTINA LEE |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

See ATTACHED.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/19

_Executing officer's signature_

RYAN HODKINSON, SPECIAL AGENT
_Printed name and title_

# ATTACHMENT A

*Property to be Searched*

        The property to be searched is a physician's office located at 141-47 Northern Boulevard, Suite 2R, Flushing, Queens in New York, and electronic devices and all locked and closed containers found therein (the "Subject Premises"). The Subject Premises is located on the second floor of a four-story, multi-unit building with a gray stone façade. There are two suites per floor in the building. The Subject Premises is Suite 2R, located on the second floor. Taegyun Kim's name is on the door leading into Suite 2R.



## ATTACHMENT B

*Property to be Seized*

      1.     All items, including documents, records, evidence, fruits and instrumentalities, relating to violations of 18 U.S.C. § 1347, those violations involving TAEGYUN KIM, M.D., and occurring after June 1, 2016, including but not limited to:

      (a)    Documents constituting, concerning, or relating to patient files, bills, invoices and claims for payment or reimbursement for services billed, provided, or alleged to have been provided to patients to include, but not limited to, reimbursement claim forms, explanations of medical benefits, dispensing orders, detailed written orders or prescriptions, certificates of medical necessity, information from physician(s) concerning the patients' diagnosis, superbills or "face sheets" indicating what procedures were performed for particular patients, and proof of delivery of services and/or items that were submitted by KIM or any representative acting on behalf of KIM;

      (b)    All contracts, agreements, papers, and affiliated records constituting, concerning, or relating to the provision of medical services or prescription medication by KIM or any representative acting on his behalf, including but not limited to, manufacturer catalogs, purchase orders, invoices, and receipts;

      (c)    All letters constituting, concerning, or relating to efforts to collect co-payments and/or deductibles for individuals who may have received health care services from KIM;

      (d)    All correspondence and cancelled checks relating to notice of overpayment and request for refunds from Medicare or any other health insurance provider concerning KIM;

      (e)    All correspondence to and from Medicare or any other health insurance provider concerning KIM, including, but not limited to, manuals, advisories, newsletters, bulletins, and publications;

      (f)    All correspondence to and from patients who may have received health care services from KIM;

      (g)    Financial books and records and documents constituting, concerning or relating to KIM, including but not limited to: bank accounts, money market accounts, checking accounts, investment accounts, securities accounts, 401k funds, mutual funds, retirement funds, and credit accounts, including deposits, disbursement, cancelled checks, draft electronic

transfers, ledgers, loan statements, and loan agreements;

(h)    All contracts, agreements, logs, lists or papers affiliated with any medical professional services, referrals, or storage for KIM;

(i)    All employee files and resumes relating to KIM, including but not limited to any handwritten or computer files listing any and all employee names, addresses, telephone numbers, and background information for all current and former employees; and

(j)    All contracts, agreements or paper affiliated with any medical insurance billing company for KIM.

2.    Computers or storage media used as a means to commit the violations described above, including healthcare fraud in violation of 18 U.S.C. § 1347.

3.    For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

(a)    evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

(b)    evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

(c)    evidence of the lack of such malicious software;

(d)    evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

(e)    evidence indicating the computer user's state of mind as it relates to the crime under investigation;

(f)    evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

(g)    evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

(h)    evidence of the times the COMPUTER was used;

(i)    passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

(j)    documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

(k)    records of or information about Internet Protocol addresses used by the COMPUTER;

(l)    records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

(m)    contextual information necessary to understand the evidence described in this attachment.

4.    Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.




Area A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS

2-18-00187-9

## PROPERTY RECEIPT

| | | Date 3/28/2019 | Office NYRO |
|---|---|---|---|
| *(circle where appropriate)* | Name **Taegyun Kim MD** | Title | |
| RECEIVE FROM | Street Address – City – State – Zip Code **141-47 Northern Blvd., Flushing, NY 11354** | Telephone Number (include area code) | |
| RECEIVED BY | | | |

Description of Items Received

- Patient file printouts from practice fusion EMR
- fax from Silverscript
- roster of numbers for distributors

ND10

Received From (Signature)

Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)

Area A

Area 1)



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS



2-18-00187-9

## PROPERTY RECEIPT

| | | | Date 3/28/2019 | Office NYRO |
|---|---|---|---|---|

| (circle where appropriate) | Name **Taegyun Kim MD** | Title | |
|---|---|---|---|
| RECEIVE FROM | Street Address -- City -- State -- Zip Code **141-47 Northern Blvd., Flushing, NY 11354** | | Telephone Number (include area code) |
| RECEIVED BY | | | |

Description of Items Received

BOA Bus Platinum Statements
Jurisdiction B DME UAC Supplier Manual
TD Ameritrade Account S0

S0

Received From (Signature)

Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)

Area D

# Office of Investigations

## DIGITAL INVESTIGATIONS BRANCH

Revised 12-2014

| | |
|---|---|
| Case Number | 2180018879 |
| Address | 14-147 Northern Blvd |
| Case Name | Kim Taegyun |
| Case Lead FCE | JP |
| Site ID | 1 |
| Date | March 27, 2019 |
| Site Lead FCE | Ramirez |

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVIDENCE ID** | SIRAIDI | **DEVICE TYPE** | Desktop | **DEVICE MFG** | JP | **DIB HDD MFG** Western Digital |
| **DEVICE MODEL** | 270-p-014 | **DEVICE S/N** | CNV 7200VPX | **DEVICE HDD SIZE** | 1000 GB | **DIB HDD S/N** |
| **DEVICE HDD MFG** | WD | **DEVICE HDD S/N** | WCC6V6YCSKJE | **IMAGED BY** | PADUM | ☐ DEVICE HAS BEEN SEIZED  WMAYO1942537 |

SAME DEVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVIDENCE ID** | SIRDIDI | **DEVICE TYPE** | Desktop | **DEVICE MFG** | TG DREAMSYS | **DIB HDD MFG** Western Digital |
| **DEVICE MODEL** | Generic | **DEVICE S/N** | C2252307 | **DEVICE HDD SIZE** | 160 GB | **DIB HDD** ☐ SAME DIB HDD |
| **DEVICE HDD MFG** | WD | **DEVICE HDD S/N** | WMAV3K9J0536 | **IMAGED BY** | PADUM | ☐ DEVICE HAS BEEN SEIZED  WCAY0318785 |

SAME DEVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVIDENCE ID** | | **DEVICE TYPE** | | **DEVICE MFG** | | **DIB HDD MFG** Western Digital |
| **DEVICE MODEL** | | **DEVICE S/N** | | **DEVICE HDD SIZE** | GB | **DIB HDD** ☐ SAME DIB HDD |
| **DEVICE HDD MFG** | | **DEVICE HDD S/N** | | **IMAGED BY** | | ☐ DEVICE HAS BEEN SEIZED |

SAME DEVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVIDENCE ID** | | **DEVICE TYPE** | | **DEVICE MFG** | | **DIB HDD MFG** Western Digital |
| **DEVICE MODEL** | | **DEVICE S/N** | | **DEVICE HDD SIZE** | GB | **DIB HDD** ☐ SAME DIB HDD |
| **DEVICE HDD MFG** | | **DEVICE HDD S/N** | | **IMAGED BY** | | ☐ DEVICE HAS BEEN SEIZED |

SAME DEVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVIDENCE ID** | | **DEVICE TYPE** | | **DEVICE MFG** | | **DIB HDD MFG** Western Digital |
| **DEVICE MODEL** | | **DEVICE S/N** | | **DEVICE HDD SIZE** | GB | **DIB HDD** ☐ SAME DIB HDD |
| **DEVICE HDD MFG** | | **DEVICE HDD S/N** | | **IMAGED BY** | | ☐ DEVICE HAS BEEN SEIZED |

SAME DEVICE

Add Page    Calculate Totals    L=Laptop    D=Desktop    S=Server    X=External Storage    M=Mobile

Total # of HDs: 2    Total # of Images: 2    Total Seized Devices: 2

Evidence Custodian Signature _____

Evidence Custodian Last Name  HOOKINSON

Page 1 of 1